IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 3 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00788-EWN-CBS

ROBERT COOK,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
MR. HARLEY G. LAPPIN, Director of BOP, and
MR. L. SMITH, (Former) Disciplinary Hearing Officer,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: July 29, 2005

BY THE COURT:

s/Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00788-EWN-CBS

Robert Cook
Reg. No. 04330-041
USP – Florence
PO Box 7000
Florence, CO 81226

Federal Bureau of Prisons – CERTIFIED
c/o Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Mr. L. Smith - CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER, AMENDED COMPLAINT FILED 6/3/05, SUMMONS, AND CONSENT FORM to the above-named individuals on 8/3/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:
Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

05-CV-00788-EWN-CBS

7003 2260 0002 0330 0037

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Mr. L. Smith
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

05-CV-00788-EWN-CBS

7003 2260 0002 0330 0051

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Federal Bureau of Prisons
c/o Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

05-CV-00788-EWN-CBS

7003 2260 0002 0330 0044

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:
United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

05-CV-00788-EWN-CBS

7003 2260 0002 0330 0020