IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00788-EWN-CBS

ROBERT COOK,
    Plaintiff,
v.

THE FEDERAL BUREAU OF PRISONS,
MR. HARLEY G. LAPPIN, Director of BOP, and
MR. L. SMITH, (Former) Disciplinary Hearing Officer,
    Defendants.

---

ORDER

---

This civil action comes before the court on Cook's request "that the Clerk of Courts send me a copy of the accurate amount that I (Robert Cook) have to send to the courts for the monthly filing fee . . . " (filed October 27, 2005) (docketed by the Clerk of the Court as "Motion for Automatic Withdrawal of Monthly Filing Fee") (doc. # 20).  Pursuant to the General Order of Reference dated August 1, 2005 and the memorandum dated November 2, 2005 (doc. # 22), Cook's request was referred to the Magistrate Judge.

As explained previously by the court, Cook is required to "make monthly payments of **twenty percent (20%) of the preceding month's income credited to his trust fund account** or show cause each month . . . why he has no assets and no means by which to make the monthly payment."  (*See* June 8, 2005 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 at p. 2 (doc. # 6); September 28, 2005 Order Directing Plaintiff to Make Monthly Filing Fee Payment or To Show Cause at p. 1 (doc. # 15)).  Cook's inmate account statements indicate that he has received deposits in excess of

1

$1,000.00 in the past ten months. (*See* financial statements attached to docs. # 21, # 20, # 19, and # 4). However, Cook has not made any payments since his initial filing fee of $16.00 made on July 7, 2005. Accordingly,

IT IS ORDERED that Cook's request (filed October 27, 2005) (doc. # 20) (docketed by the Clerk of the Court as "Motion for Automatic Withdrawal of Monthly Filing Fee") is GRANTED as explained again in this Order.

DATED at Denver, Colorado this 2nd day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge