IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00788-EWN-CBS

ROBERT COOK,
    Plaintiff,
v.

THE FEDERAL BUREAU OF PRISONS,
MR. HARLEY G. LAPPIN, Director of BOP, and
MR. L. SMITH, (Former) Disciplinary Hearing Officer,
    Defendants.
_____

ORDER DIRECTING PLAINTIFF TO MAKE MONTHLY
FILING FEE PAYMENT OR TO SHOW CAUSE
_____

THIS MATTER comes before the court on Cook's failure to comply with the court's June 8, 2005 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 6). Pursuant to the General Order of Reference dated August 1, 2005 (doc. # 10), this civil action was referred to Magistrate Judge Craig B. Shaffer to, *inter alia*, "[h]ear and determine any pretrial matter" and "submit to me proposed recommendations for my disposition of" dispositive motions. The court has reviewed the entire case file and the applicable law and is sufficiently advised in the premises.

On June 8, 2005, the court granted Cook leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Cook was permitted to proceed with this civil action by paying an initial partial filing fee of $16.00 and was ordered to pay the remainder of the required $250.00 filing fee through monthly installments. (June 8, 2005 Order (doc. # 6) at pp. 1-3). Title 28 U.S.C. §1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." Thus, the court ordered Cook to "make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month . . . why he has no assets and no means by which to make the monthly payment." (June 8, 2005 Order at p. 2). Cook was directed that, in order to show cause, he *"must file a*

1

*current certified copy of his trust fund account statement.*" (June 8, 2005 Order at p. 2 (emphasis added)). Cook was warned that failure to comply with these requirements may result in dismissal of his complaint without further notice. (June 8, 2005 Order at pp. 2-3).

Since submitting his $16.00 initial partial filing fee on July 7, 2005 (*see* doc. # 7), Cook has not made a single monthly partial filing fee payment. On September 28, 2005, the court ordered Cook to make "the required monthly payment of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payment." (September 28, 2005 Order (doc. # 15) at p. 2). On October 27, 2005, Cook filed a request for the "accurate amount that I (Robert Cook) have to send to the courts for the monthly filing fee . . . ." (*See* docs. # 19, 20, 21). Cook attached an inmate account summary indicating that Cook has received deposits in excess of $1,000.00 in the past ten months. (*See* financial statements attached to docs. # 21, # 20, # 19, and # 4). Cook's inmate account summary shows that Cook has had sufficient assets to make payments to the court but apparently chose not to pay the court.

On November 2, 2005, the court again explained to Cook that he is required to "make monthly payments of **twenty percent (20%) of the preceding month's income credited to his trust fund account** or show cause each month . . . why he has no assets and no means by which to make the monthly payment." (*See* November 2, 2005 Order (doc. # 23) at p. 1; September 28, 2005 Order Directing Plaintiff to Make Monthly Filing Fee Payment or To Show Cause (doc. # 15) at p. 1; June 8, 2005 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 (doc. # 6) at p. 2). To date, Cook has not made any payments since his initial filing fee of $16.00 made on July 7, 2005.

It is not sufficient for Cook to meet his monthly payment obligation only when specifically directed by the court by an order to pay or show cause. The court hereby requires Cook, on or before the 15th day of each and every month, without additional notice from the court, either to make the required monthly payment of twenty percent (20%)

of the preceding month's income credited to his trust fund account or to file a certified copy of his inmate trust account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.  If Cook fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the court will recommend that this civil action be dismissed for failure to comply with this Order, the court's November 2, 2005 Order (doc. # 23), the court's September 28, 2005 Order Directing Plaintiff to Make Monthly Filing Fee Payment or To Show Cause (doc. # 15), and the court's June 8, 2005 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 (doc. # 6).

Accordingly, **IT IS ORDERED that:**

**1.     On or before December 30, 2005, Cook shall make the required monthly payments of 20 percent of each month's income credited to his inmate trust account for the months of July, August, September, October, November, and December 2005, or shall show cause why he cannot make the required monthly payments by filing a certified copy of his inmate trust account statement for the months preceding July, August, September, October, November, and December 2005.**

**2.     From this date forward, on the 15th day of each and every month, Cook shall either make the required monthly payment or file a certified copy of his inmate trust account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment, until his filing fee is paid in full.**

**3.     If Cook fails to comply with this Order, this civil action may be dismissed without further notice.**

DATED at Denver, Colorado, this 13th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge