IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00788–EWN–CBS

ROBERT COOK,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
MR. HARLEY G. LAPPIN, Director of B.O.P.,
MR. L. SMITH, [Former] Disciplinary Hearing Officer,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed March 16, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant Federal Bureau of Prisons' Motion to Dismiss (#24) is GRANTED.

3. This civil action is dismissed for Plaintiff's failure to comply with the court's January 9, 2006 Order, December 13, 2005 Order, September 28, 2005 Order, or June 8, 2005 Order and for failure to make the requisite court filing fee payments.

DATED this 5th day of April, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge